IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

|  |  |  |
|---|---|---|
| ANTHONY SHREEVE, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:10-cv-00071 |
| BARACK OBAMA, et al., | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants hereby move to dismiss this action. The grounds for this motion, as well as Defendants' response to Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 2), are set forth in the accompanying memorandum.

Dated: August 27, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

IAN HEATH GERSHENGORN
Deputy Assistant Attorney General

GREGG L. SULLIVAN
United States Attorney

JENNIFER R. RIVERA
Director

SHEILA LIEBER
Deputy Director

    /s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar #37050)
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave.
Washington, D.C. 20001
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov


*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2010, a true and correct copy of Defendants' Motion to Dismiss was served, by electronic case filing, upon the following:

Van R Irion
Law Office of Van R. Irion, PLLC
9040 Executive Park Drive, Suite 223
Knoxville, TN 37923

      /s/ Michelle Bennett
      MICHELLE R. BENNETT